Case 1:19-cr-00261-JMS-MJD     Document 96     Filed 11/12/24     Page 1 of 1 PageID #: 427

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Michael Pack | )<br>)<br>)   Case No: 1:19CR00261-001<br>)   USM No: 17209-028<br>) |
| Date of Original Judgment: 03/22/2022<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)   Jacob Leon<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __180__ months **is reduced to** __167*__ **months**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*107 months on Count 1 and 60 months, consecutive, on Count 6, for a total of 167 months

Except as otherwise provided, all provisions of the judgment dated __03/22/2022__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/12/2024

*Judge's signature* (signed) Jane Magnus-Stinson

Effective Date: _____
*(if different from order date)*

Honorable Jane Magnus-Stinson, U.S. District Court Judge
*Printed name and title*